# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Raleigh Adolph Bellamy,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                            3:06-cv-72

Nationwide Insurance and
Town & Country Ford,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2006 Order.

**Signed: November 21, 2006**

Frank G. Johns, Clerk
United States District Court