IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv072-C

| | |
|---|---|
| RALEIGH A. BELLAMY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED ORDER** |
| ) | |
| NATIONWIDE INSURANCE and ) | |
| TOWN & COUNTRY FORD ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> on Appeal filed December 11, 2006. (Doc. No. 29).

After reviewing the Financial Affidavit in support of the application to proceed <u>In Forma Pauperis</u>, the Court concludes that the Plaintiff does not have sufficient resources from which to pay the costs associated with his appeal.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> is hereby **GRANTED**.

Signed: March 13, 2007

_Robert J. Conrad_
Robert J. Conrad, Jr.
Chief United States District Judge